# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER FRAM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL EXPRESS CORPORATION and Does 1-20 inclusive,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-749-AWI-MJS<br><br>ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT BASED ON PARTIES' STIPULATION TO THAT EFFECT<br><br>(ECF No. 20)<br><br>THE CLERK SHALL FILE THE FIRST AMENDED COMPLAINT |

　　　　On September 27, 2010, the parties filed a stipulation in which they agreed to allow Plaintiff to file an amended complaint. (ECF No. 20.) The First Amended Complaint was attached thereto as Exhibit A.

　　　　Accordingly, the Court directs the Clerk to file the First Amended Complain. It shall be the operative pleading in this case.

IT IS SO ORDERED.

Dated:　September 28, 2010　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE