Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
4600 Northgate, Suite 210
Sacramento, CA  95834
Telephone:  (916) 927-5574
Facsimile:  (916) 927-2056

Erika M. Gaspar (SBN: 238117)
**LAW OFFICE OF ERIKA M. GASPAR**
8880 Cal Center Drive, Suite 400
Sacramento, CA 95826
(916) 361-6505
(916) 361-6515

Attorneys for Plaintiff
ROGER FRAM

Jane M. Flynn (SBN: 167476)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
(949) 862-4632
(949) 862-4605

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER FRAM, | Case No.  1:10-CV-00749-AWI-MJS |
| Plaintiffs, | |
| v. | AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER; AND ORDER THEREON |
| FEDERAL EXPRESS CORPORATION and Does 1-20, inclusive, | |
| Defendants. | |

- 1 –

Plaintiff ROGER FRAM by and through his attorneys of record Lawrance Bohm, Esq. and Erika Gaspar, Esq. and Defendant FEDERAL EXPRESS CORPORATION by and through their attorney of record Jane Flynn, Esq., stipulate to continue the trial date from June 7, 2011 to January 17, 2012, and to modify this Court's Status Scheduling Order of December 30, 2008.  Further, the parties stipulate to elect referral of action to Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 16-271.

## I.   **EXISTENCE OF GOOD CAUSE**

1.     Good cause exists in that the parties are stipulating to elect referral of action to Voluntary Dispute Resolution Program.  In order to facilitate possible resolution of the case through the Voluntary Dispute Resolution Program, the parties have agreed to seek relief from the Court as to the above deadlines imposed by the Status Pretrial Scheduling Order.

2.     Good cause exists because judicial efficiency support rescheduling of prelitigation deadlines to avoid unnecessary litigation expense.

3.     Good cause exists because Plaintiff's counsel Lawrance A. Bohm and Erika M. Gaspar are newly retained as Plaintiff has been appearing in pro persona.

4.     Since being retained, Plaintiff's counsel has had to prepare and file an amended complaint which clarified the material facts and causes of action of Plaintiff's case.  Counsel immediately prepared initial disclosures and has supplemented Plaintiff's discovery responses which were inadequately prepared and submitted without the advice of counsel. Plaintiff's deposition was completed immediately after counsel provided updated information in this case.  Plaintiff still needs to propound written discovery and take depositions of Defendant's

- 2 –

1   witnesses. To date, only Plaintiff's deposition has been taken. Accordingly, Plaintiff's counsel

2   requests modifications to the scheduling order to adequately prepare this case for trial in the

3   event efforts to resolve the case are unsuccessful.

4       5.      Good cause exists in that attorneys for the parties are currently scheduled for

5   trial in a number of other cases.  Specifically, Lawrance Bohm and Erika Gaspar, counsel for

6

7   Plaintiff Roger Fram are committed to litigating the following matters:

8
9       1)      *Webb v. Ramos Oil, et al.* Yolo County Superior Court
                Case No. CV09 521
10              Wrongful Termination
                Trial scheduled for November 30, 2010 (seeking continuance)

11
12      2)      *Atwal v. Manor Care,* United States District Court, Eastern District
                Case No. 2:08-cv-02571-FCD-EFB
13              Disability Discrimination, Wrongful Termination
                Trial scheduled for February 15, 2011

14
15      3)      *Reed v. Calif. State Dept. of Mental Health,* Sacramento County Superior Court
                Case No. 34-2008-00015921
16              Racial Discrimination, Adverse Employment Action
                Trial scheduled for March 15, 2011

17      4)      *Quintela v. Dr. Eric B. Wall, D.D.S.* San Joaquin County Superior Court
                Case No. 39-2008-00187607-WT-STK
18              Sexual Harassment
19              Trial scheduled for April 12, 2011

20      5)      *Carpenter v. Forrest Meadows Home Owners Assoc.* United States District Court,
                Eastern District
21              Case No. 1:09-cv-01918-LJO-DLB
                Wrongful Termination
22              Trial scheduled for May 10, 2011

23

24

25

26                                  - 3 –

27  FRAM v. FEDERAL EXPRESS CORP.                        .
    Case No. 1:10-CV-00749-AWI-MJS
28
    Joint Stipulation to Continue Trial and
    Modify the Status Order; Proposed Order

6)   *Chopourian v. Catholic Healthcare West*  United States District Court, Eastern District
Case No. 2:09-cv-02972-GEB-DAD
National Origin Harassment, Discrimination, Retaliation, Wrongful Termination
Trial scheduled for September 27, 2011

7)   *Trotter v. AmerisourceBergen Corp.*  United States District Court, Eastern District
Case No. 2:09-cv-03476-FCD-EFB
Disability Discrimination, Adverse Employment Action
Trial scheduled for December 6, 2011

Specifically, Jane Flynn, counsel for Defendant Federal Express Corporation is committed to litigating the following matters:

8)   *Eric Hawkins v. Federal Express Corporation,* United States District Court, Eastern District of California (Fresno)
Case No. 1:09-cv-01905-AWI-GSA
Trial scheduled for July 26, 2011

9)   *Randall Smith v. Federal Express Corporation,* United States District Court, Northern District of California (San Francisco)
Case No. CV10-02743 JSW
Trial scheduled for September 12, 2011

10)   *Kambiz Adibzadeh v. Federal Express Corporation*, United States District Court, Northern District of California (San Francisco)
Case No. CV10-02761 JSW
Trial scheduled for December 5, 2011

6.   Further, neither party would be prejudiced by the requested modification to the Status Scheduling Order.

## II.   **STIPULATION**

For the foregoing reasons, the parties to this action hereby ***STIPULATE AS FOLLOWS***:

1.   That the trial should be continued from June 17, 2011 to January 17, 2012 and be set for a minimum of 10-12 days.

- 4 –

2.      That the following modifications be made to the Status Order:

**Previous Date:**                                              **New Date**

November 15, 2010 – Disclosure of Experts                      May 6, 2011

December 10, 2010 – Supplemental Disclosure of Experts         May 31, 2011

January 31, 2011 – Completion of Non-Expert Discovery          May 6, 2011

January 31, 2011 – Completion of Expert Discovery              June 30, 2011

January 31, 2011 – Deadline for filing Non-Dispositive Motions June 30, 2011

February 25, 2011 – Deadline for filing Dispositive Motions    July 11, 2011

Hearing Date for Dispositive Motions                           August 22, 2011

April 13, 2011 – Deadline for filing Joint Pretrial Statement  November 4, 2011

April 27, 20100 - Final Pretrial Conference                    November 18, 2011

3.      That the action be referred to Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 16-271.

**IT IS SO STIPULATED.**

BOHM LAW GROUP

Dated: November 15, 2010          By:     /s/ Lawrance A. Bohm
                                  LAWRANCE A. BOHM
                                  Attorney for Plaintiff
                                  MICHELLE CARPENTER

- 5 –

Dated: November 15, 2010    By:   /s/ Erika M. Gaspar
                                     ERIKA M. GASPAR
                                     Attorney for Plaintiff
                                     MICHELLE CARPENTER

Dated: November 15, 2010    By:   /s/ Jane M. Flynn
                                       JANE M. FLYNN
                                     Attorney for Defendant
                                     FEDERAL EXPRESS CORPORATION

**ORDER**

IT IS SO ORDERED.

Dated:   __November 15, 2010__     __/s/ Michael J. Seng__
                                                   UNITED STATES MAGISTRATE JUDGE

FRAM v. FEDERAL EXPRESS CORP.
Case No. 1:10-CV-00749-AWI-MJS

Joint Stipulation to Continue Trial and
Modify the Status Order; Proposed Order