1  Lawrance A. Bohm (SBN: 208716)
   **BOHM LAW GROUP**
2  4600 Northgate, Suite 210
   Sacramento, CA  95834
3  Telephone:  (916) 927-5574
   Facsimile:  (916) 927-2056
4
   Erika M. Gaspar (SBN: 238117)
5  **LAW OFFICE OF ERIKA M. GASPAR**
   2121 Natomas Crossing Drive, Suite 200-399
6  Sacramento, CA 95834
   Telephone:  (916) 749-0278
7  Facsimile:  (916) 647-0535

8  Attorneys for Plaintiff
   ROGER FRAM
9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13  ROGER FRAM,                          ) Case No.  1:10-CV-00749-AWI-MJS
                                         )
14         Plaintiffs,                   )
                                         ) **STIPULATION AND REQUEST FOR**
15         v.                            ) **ORDER EXTENDING TIME FOR**
                                         ) **PARTIES TO FILE DISPOSITIONAL**
16  FEDERAL EXPRESS CORPORATION          ) **PAPERS; ORDER**
    and Does 1-20, inclusive,            )
17                                       )
           Defendants.                   )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21  _____

22
         Through their respective counsel of record, all of the parties to this case seek
23
   additional time to file settlement papers with the Court pursuant to Local Rule 160(b). The
24
   parties' counsel believes that good cause exists for the requested continuance. The parties have
25

26
                                       - 1 –
27

28  FRAM v. FEDERAL EXPRESS CORP.                         Lawrance A. Bohm, Esq.
    Case No. 1:10-CV-00749-AWI-MJS                        Erika M. Gaspar, Esq.

    Stipulation and Request for Order Extending
    time for Parties to File Dispositional Papers;
    [Proposed] Order

1  actively and diligently been working to get supplemental agreements signed and settlement

2  check requested.  Although close to final resolution, Plaintiff has not yet received the settlement

3  check.  The parties are confident that they will soon be able to file their disposition papers with

4  the court and request an additional seven (7) days to do so. Counsel for the parties believe that

5  the interests of justice and efficiency for everyone concerned would be served by an Order

6  granting the requested continuance.

7     For the foregoing reasons, the parties to this action hereby stipulate and request the

8  following:  That the Court issue an Order extending the time for the parties to file

9  dispositional documents by seven (7) days.

IT IS SO STIPULATED.

Dated: February 28, 2011                        By:     /s/ *Erika M. Gaspar*
                                                LAWRANCE A. BOHM
                                                ERIKA M. GASPAR
                                                Attorneys for Plaintiff

Dated: February 28, 2011                        By:  /s/ *Jane M. Flynn* (authorized 2/28/11)
                                                JANE M. FLYNN
                                                Attorney for Defendant

ORDER

IT IS SO ORDERED.

   Dated:   February 28, 2011              /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

- 2 -

FRAM v. FEDERAL EXPRESS CORP.                                   Lawrance A. Bohm, Esq.
Case No. 1:10-CV-00749-AWI-MJS                                  Erika M. Gaspar, Esq.

Stipulation and Request for Order Extending
time for Parties to File Dispositional Papers;
[Proposed] Order

- 3 –

FRAM v. FEDERAL EXPRESS CORP.                                         Lawrance A. Bohm, Esq.
Case No. 1:10-CV-00749-AWI-MJS                                         Erika M. Gaspar, Esq.

Stipulation and Request for Order Extending
time for Parties to File Dispositional Papers;
[Proposed] Order