Jane M. Flynn, State Bar No. 167466
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile: (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER FRAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL EXPRESS CORPORATION and Does 1–20, Inclusive,<br><br>　　　　Defendants. | Case No. 1:10-CV-00749-AWI-MJS<br><br>ASSIGNED TO THE HONORABLE ANTHONY W. ISHII, COURTROOM 2<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>**[STIPULATION FOR DISMISSAL FILED CONCURRENTLY HEREWITH]**<br><br>Complaint Filed: March 26, 2010<br>Trial Date:　June 7, 2011 |

　　　　Pursuant to Stipulation to Dismiss pursuant to Rule 41 filed by the parties, the Court orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: March 7, 2011　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

857482 (60-12797)

1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
Case No. 1:10-CV-00749-AWI-MJS